IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **GENERAL ASSURANCE OF AMERICA, INC.,** | |
| Plaintiff, | Civil Action 7:11-MC-2 (HL) |
| v. | |
| **OVERBY-SEAWELL COMPANY,** | |
| Defendant. | |

### ORDER

The Motion to Quash Subpoena (Doc. 1) filed by Securitas Financial Services, Inc. is still pending. The parties are to advise the Court in writing no later than December 23, 2011 as to the efforts to resolve the dispute and whether the Motion can be terminated.

**SO ORDERED**, this the 12th day of December, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh